McCONNELL, Respondent, v. NATIONAL LIFE ASSOCIATION OF HARTFORD, CONN., Appellant. (Supreme Court, General Term, Fifth Department. June Term, 1895.) Action by Nancy McConnell against the National Life Association of Hartford, Conn. No opinion. Judgment and order affirmed.

McCORMACK, Appellant, v. CITY OF BROOKLYN, Respondent. (City Court of Brooklyn, General Term. November 25, 1895.) Action by Richard McCormack against the city of Brooklyn for personal injuries. There was a judgment in favor of defendant, and plaintiff appeals. Affirmed. Pickett & Quintard, for appellant. Albert G. McDonald, for respondent.

VAN WYCK, J. The plaintiff alleges in his complaint, and he and his witnesses testify, that defendant suffered a loose flagstone to remain upon the flagged part of the sidewalk, and that plaintiff, while walking along such flagged portion, stumbled over this loose flag resting thereupon. The testimony of defendant's witnesses was to the effect that no such loose flagstone rested upon or projected over the flagged part of the walk. If this latter version be true, then the former cannot be; and we think the court properly instructed the jury that, unless the loose flag rested upon or projected over the flagged part of the walk, the plaintiff cannot recover. We find no ruling to which an exception was taken which was harmful to plaintiff. The judgment and order must be affirmed, with costs.

McCORMICK HARVESTING MACH. CO., Appellant, v. CLAYSON, Respondent. (Supreme Court, General Term, Fifth Department. October 16, 1895.) Action by the McCormick Harvesting Machine Company against Enoch A. Clayson. No opinion. Judgment and order affirmed. ADAMS, J., not sitting.

McDONALD, Appellant, v. BINGHAMTON TRUST CO., Respondent. (Supreme Court, General Term, Fourth Department. July, 1895.) Action by William H. McDonald against the Binghamton Trust Company, receiver, etc., of the Supreme Sitting of the Order of the Iron Hall. No opinion. See Moshier v. Supreme Sitting of Order of Iron Hall, 34 N. Y. Supp. 816.

McDONALD, Appellant, v. SUPREME SITTING OF ORDER OF IRON HALL. (Supreme Court, General Term, Fourth Department. July, 1895.) Action by William H. McDonald against the Supreme Sitting of the Order of the Iron Hall. No opinion. See Moshier v. Supreme Sitting of Order of Iron Hall, 34 N. Y. Supp. 816.

MACKIE, Appellant, v. MACKIE et al., Respondents. (Supreme Court, General Term, First Department. November 15, 1895.) Action by James B. Mackie, an infant, etc., against Isabella Mackie and others. G. H. Brewster, for appellant. R. L. Sweezy, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

McLAUGHLIN, Appellant, v. WITHERSPOON, Respondent. (Supreme Court, General Term, Fifth Department. October 16, 1895.) Action by William McLaughlin against William E. Witherspoon. No opinion. Judgment and order affirmed.

In re MANHATTAN RY. CO. (Supreme Court, General Term, First Department. November 15, 1895.) In the matter of the Manhattan Railway Company (Thomas J. McKee, Receiver). W. H. Godden, for Manhattan Ry. Co. W. R. Page, for Thomas J. McKee, receiver. No opinion. Order affirmed, with costs.

MARKET & FULTON NAT. BANK OF NEW YORK et al., Appellants, v. JONES et al., Respondents. (Supreme Court, General Term, Fifth Department. October 16, 1895.) Action by the Market & Fulton National Bank of New York and another against Thomas Jones and others. No opinion. Judgment affirmed, with costs.

MARSHALL, Appellant, v. CITY OF BUFFALO, Respondent. (Supreme Court, General Term, Fifth Department. October 16, 1895.) Action by Conrad Marshall against the City of Buffalo. No opinion. Order granting a new trial affirmed. WARD, J., not voting.

MASON STABLE CO., Limited, Respondent, v. LEWIS, Appellant. City Court of New York, General Term. November 26, 1895.) Action by the Mason Stable Company, Limited, against Margaret Lewis. Coleman & Donohue, for appellant. Cannon & Atwater, for respondent.

McCARTHY, J. It is certain that, in relation to the boarding of the horses with the plaintiff, Mr. Frederick Lewis was the representative of the defendant, and acted for her, and no other coloring can be given to their relations and these transactions. The law in regard to the liability of an unknown principal when discovered is too well established to need further comment. We find no error in the decision rendered, and therefore must affirm the judgment, with costs.

MAYOR, ETC., OF CITY OF NEW YORK, Plaintiff, v. BIGELOW, Defendant. (Common Pleas of New York City and County, General Term. December 2, 1895.) Action by the mayor, etc., of city of New York, against Frank A. Bigelow. A judgment for defendant was affirmed (34 N. Y. Supp. 92), and plaintiff moves for leave to appeal to the court of appeals.

PER CURIAM. Of the correctness of the decision made by this general term we have no doubt, and it is not questioned by the plaintiff on this application. The language of the statute under consideration is exceedingly plain, and was followed by the court in its decision. There is no question in the case which warrants the submission of this controversy to the court of appeals. Motion denied, without costs.